ACCEPTED
03-14-00561-CV
5480881
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/29/2015 10:12:44 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00561-CV

## TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/29/2015 10:12:44 PM
JEFFREY D. KYLE
Clerk

### KEVIN BIERWIRTH
Appellant

v.

### FEDERAL NATIONAL MORTAGE ASSOCIATION
Appellee.

## APPELLANT'S MOTION TO EXTEND TIME FOR FILING APPELLANT'S REPLY TO APPELLEE'S BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Kevin Bierwirth, Appellant, moves this Court to grant an extension of time to file Appellant's Reply pursuant to Tex.R.App.P.38.3, and respectfully states:

1.    Appellee's Brief was filed May 7, 2015.

2.    Appellant's Reply was due on May 27, 2015.

2.    Appellant seeks a two day extension of time to file Appellant's Reply from the due date of the filing of the Reply, which would make Appellant's Reply due on or before May 29, 2015.

4.    This extension of time is necessary because Appellant needed time to reflect on the content of the reply.

5.    This is the first extension of time Appellant has sought for the filing his Reply.

For these reason, Kevin Bierwirth requests that this court render an order extending the time for filing Appellant's Reply to and including May 29, 2015.

Kevin Bierwirth
13276 Research Blvd. Ste. 204
Austin, Texas 78750
(512) 825-0331

## CERTIFICATE OF CONFERENCE

On May 29, 2015, an attempt was made to confer with Brian Casey, attorney for the Appellee, in order to confer as to the extension but was unable to reach Mr. Casey.

Kevin Bierwirth

## CERTIFICATE OF SERVICE

On May 29, 2015, a copy of the attached motion for extension of time was sent by U. S. Postal Service to:

Douglas G. Dent
6836 Bee Caves Road, Bldg. 3, Suite 303
Austin, TX 78746

Jeffrey B. Lewis
10333 Richmond Ave. Ste. 550
Houston, TX 77042